Case 3:23-cv-00149   Document 16   Filed on 08/14/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

No. 3:23-cv-149

Fredrick Jackson, TDCJ #2198764, Plaintiff,

v.

Felix Gordon, *et al.*, Defendants.

## ORDER OF DISMISSAL

Jeffrey Vincent Brown, United States District Judge.

Plaintiff Fredrick Jackson, a Texas state inmate, filed a *pro se* civil-rights complaint under 42 U.S.C. § 1983. Jackson sued Assistant Warden Felix Gordon and Captain Larry Jones, alleging that they failed to protect him from being stabbed by another inmate at the Stringfellow Unit in August 2021. On July 31, 2024, the defendants filed a Suggestion of Death, notifying the court that Defendant Jones passed away on July 24, 2024. Dkt. 13; *see* Fed. R. Civ. P. 25(a)(2). Defendant Gordon has filed a motion to dismiss the complaint. Dkt. 15. To date, Jackson has not filed a response to the motion, and his time to do so has expired.

Under this court's local rules, any failure to respond to a motion is "taken as a representation of no opposition." S.D. Tex. R. 7.4. Jackson was ordered to file a

1/ 2

response within 30 days to any dispositive motion submitted by the defendants. Dkt. 8 at 3-4. He was further advised that his failure to do so could result in dismissal of this action for want of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure. *Id.*

Jackson's failure to comply with the court's order forces the court to conclude that he lacks due diligence. Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, it is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. Defendant Gordon's motion to dismiss (Dkt. 15) is **DENIED WITHOUT PREJUDICE** as moot. Jackson is advised that relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure. Any motion filed under Rule 60(b) must be accompanied by a response to the defendant's dispositive motion (Dkt. 15).

Signed on Galveston Island this  14th  day of  August         , 2025.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE